JASON R. FLANDERS Cal. Bar No. 238007
AQUA TERRA AERIS LAW GROUP, LLP
409 45th St.
Oakland, CA 94609
Tel: (916) 202-3018
E-mail: jrf@atalawgroup.com

Attorneys for Plaintiff
*Battle Creek Alliance*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTLE CREEK ALLIANCE, a California non-profit association,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>Defendant. | Case No. **2:16−CV−01621−TLN−CMK**<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT; ORDER GRANTING DISMISSAL OF CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

WHEREAS, on April 8, 2016, Plaintiff BATTLE CREEK ALLIANCE ("the Alliance"), provided SIERRA PACIFIC INDUSTRIES, INC., ("SPI" or "Defendant") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on July 17, 2016, BATTLE CREEK ALLIANCE filed its Complaint against Defendant in this Court. Said Complaint incorporates by reference all of the allegations contained in BATTLE CREEK ALLIANCE's Notice.

WHEREAS, BATTLE CREEK ALLIANCE and SIERRA PACIFIC INDUSTRIES, INC (the "settling parties"), through their authorized representatives and without either adjudication of BATTLE CREEK ALLIANCE's claims or admission by SIERRA PACIFIC INDUSTRIES,

INC., of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of BATTLE CREEK ALLIANCE as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and between BATTLE CREEK ALLIANCE and SIERRA PACIFIC INDUSTRIES, INC., is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the settling parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice (the "federal agencies") for a 45-day statutory review period, consistent with 33 U.S.C. § 1365(c) and 40 C.F.R. § 135.5, and that review period has completed. The federal agencies were provided with the draft order on September 7, 2016, and their 45-day comment period ended on October 24, 2016. The federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to that the settling parties request an order from this Court (1) dismissing with prejudice BATTLE CREEK ALLIANCE's claims as to SIERRA PACIFIC INDUSTRIES, INC., as set forth in the Notice and Complaint, and (2) concurrently retaining jurisdiction over this matter for purposes dispute resolution and enforcement of the Settlement Agreement.

Respectfully submitted,

/////
/////
/////
/////

Dated:  October 28, 2016			Aqua Terra Aeris Law Group


					By:	 /s/ Jason R. Flanders
						Jason R. Flanders
						Attorneys for Plaintiff
						BATTLE CREEK ALLIANCE

Dated:  October 28, 2016

					By:	 /s/ Nicole E. Granquist
						Nicole E. Granquist
						DOWNEY BRAND LLP
						Attorneys for Defendant
						SIERRA PACIFIC INDUSTRIES INC.,


## ORDER

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), BATTLE CREEK ALLIANCE's claims as to SIERRA PACIFIC INDUSTRIES, INC., as set forth in the Notice and Complaint, are dismissed with prejudice, and the Court shall retain jurisdiction over this matter for purposes dispute resolution and enforcement of the Settlement Agreement, attached hereto as Exhibit 1 and incorporated by reference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: November 2, 2016

						_____
						Troy L. Nunley
						United States District Judge